ACCEPTED
12-15-00159-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
10/23/2015 3:21:56 PM
Pam Estes
CLERK

## CAUSE NO. 12-15-00159-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| | § | |
| **VS.** | § | **TWELFTH COURT** |
| | § | |
| | § | |
| **SHENETHA KING** | § | **OF APPEALS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/23/2015 3:21:56 PM
PAM ESTES
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes SHENETHA KING, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the Third Judicial District Court of Anderson County, Texas.

2. The case below was styled the <u>STATE OF TEXAS vs. SHENETHA KING</u>, and numbered 30989.

3. Appellant was convicted of Theft of Property.

4. Appellant was assessed a sentence of 2 years in the State Jail Division of the Texas Department of Criminal Justice on May 1, 2015

5. Notice of appeal was given on May 27, 2015.

6. The clerk's record was filed on September 11, 2015; the reporter's record was filed on September 23, 2015.

7. The appellate brief is presently due on October 23, 2015.

8. Appellant requests an extension of time of 30 days from the present date, i.e. November 23, 2015.

9. No prior extensions to file the brief have been filed in this cause.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested

extension:

Appellant's attorney has been unable to properly review the record or visit with Appellant. Appellant is incarcerated at the Plane State Jail in Dayton, Texas. Appellant's attorney has scheduled a telephone conference with Appellant. Appellant's attorney was not Appellant's trial attorney.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

PHILIP C. FLETCHER
Attorney at Law
800 North Mallard
Palestine, Texas 75801
Telephone: (903) 731-4440
Facsimile: (903) 731-4474

By: _____
PHILIP C. FLETCHER
State Bar No. 00787478
Attorney for SHENETHA KING

## CERTIFICATE OF SERVICE

This is to certify that on October 23, 2015, a true and correct copy of the above and foregoing document was served on the Anderson County District Attorney's Office by electronic filing manager.

_____
PHILIP C. FLETCHER

**STATE OF TEXAS** §
§
**COUNTY OF ANDERSON** §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared PHILIP C. FLETCHER, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

PHILIP C. FLETCHER
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on October 23, 2015, to certify which witness my hand and seal of office.

Notary Public, State of Texas